IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-210-D

| | |
|---|---|
| IMPLUS FOOTCARE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GO FIT, LLC, | ) |
| Defendant. | ) |

On July 20, 2015, defendant moved to dismiss certain parts of plaintiff's complaint for failure to state a claim upon which relief can be granted. See [D.E. 10]; Fed. R. Civ. P. 12(b)(6). On August 10, 2015, plaintiff responded. See [D.E. 15]. On August 27, 2015, defendant replied. See [D.E. 18].

The court has reviewed the motion under the governing standard. Defendant's motion to dismiss [D.E. 10] is DENIED.

SO ORDERED. This 31 day of August 2015.

JAMES C. DEVER III
Chief United States District Judge